1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 MARCOS AHUMADA,                    No. 2:14-CV-0821-WBS-CMK-P

12              Petitioner,

13        vs.                              <u>ORDER</u>

14 WILLIAM KNIPP,

15              Respondent.

16 _____/

17              Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  The petition challenges a conviction and/or

19 sentence issued by the Los Angeles County Superior Court.  Pursuant to 28 U.S.C § 2241(d),

20 courts in both the district of conviction and the district of confinement have concurrent

21 jurisdiction over applications for habeas corpus filed by state prisoners.  <u>See</u> <u>Braden v. 30th</u>

22 <u>Judicial Circuit Court</u>, 410 U.S. 484 (1973).  Because any and all witnesses and evidence

23 necessary for the resolution of petitioner's application are more readily available in Los Angeles

24 County, which is within the boundaries of the United States District Court for the Central District

25 of California, this matter should be transferred to that court.  <u>See</u> <u>id.</u> at 499 n.15.

26 / / /

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

DATED:  June 17, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2