UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS AHUMADA,<br><br>                Petitioner,<br><br>     v.<br><br>JOE A. LIZARRAGA,<br><br>                Respondent. | Case No. LACV 14-4684-SVW (LAL)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 22, 2016        _/s/ Stephen V. Wilson_
                                                 HONORABLE STEPHEN V. WILSON
                                                 UNITED STATES DISTRICT JUDGE